UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GABRIEL POLACO

    Plaintiff,

v.                                        No. CIV-11-259-WPL-CG

HONDO MUNICIPAL
SCHOOL DISTRICT, et al.

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on attorney Aaron Wolf's *Amended Unopposed Motion to Withdraw as Counsel.* (Doc. 15). The motion states that all parties consent to the withdrawal and that attorneys Joel Young and Kevin Brown will continue to represent the Defendants in this matter. The Court, noting that the motion is unopposed and otherwise being fully apprised in premises, **FINDS** the motion to be well-taken.

    **IT IS THEREFORE ORDERED** attorney Aaron Wolf's *Amended Unopposed Motion to Withdraw as Counsel* is **GRANTED**.

_____
  THE HONORABLE CARMEN E. GARZA
  UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

CUDDY & McCARTHY, LLP

By:       /s/
          AARON J. WOLF
          Post Office Box 4160
          Santa Fe, New Mexico 87502
          (505) 988-4476 // Facsimile (505) 954-7373


APPROVED BY:

J. ROBERT BEAUVAIS, P.A.

By:       *Approved telephonically 05/09/11*
          J. ROBERT BEAUVAIS
          Attorneys for Plaintiff Gabriel Polaco
          Post Office Box 2408
          Roswell, New Mexico 88355-2408
          (575) 257-6321 // Facsimile (575) 257-7011